Charlesetta Williams         no suit
318 703-1208                                    RECEIVED
10-15-2023          3:23-cv-1466                OCT 16 2023
                                                TONY R. MOORE, CLERK
                                                WESTERN DISTRICT OF LOUISIANA
                                                SHREVEPORT LOUISIANA
                                                BY_____

I were Kidnapped In A medical Facilty Williams Charlesetta HAR 28001308083 MRN. 11444374 DOB 12-14-63 59yrs Female CSN 339778517 3-28-2023 AC339778517 3-28-2023 By Police Officer D. Ware L. Warren order of postive custody S. port City Jail 755 Hope St Family members S. port LA 71101 Lt. Sup Chief of police Wayne Smith 1234 Texas Ave S. port LA 71101 LA. Behavior Heath Kings Hwy S. port LA 71103 Ocher By Family member were present At my Home Residents University Park Nechibor Next door to me Residents Dr. martin Luther King Jr. communty S. port LA 71107 All Communties Bossier parish mother Did Not Go TO A Corner Nor Did A Nechibor call Nor Did She Call Nor Did I Call or Go To A Corner Mother Name Barbara J. Williams Main Hospital ARGendcia Ambulance LA. Behavior Heath medical Doctor Foster Pystric 200 unit Bed 206 A I am Sch Frantic Clinic David Raines communty

Charlesetta Williams
318 703-1208
10-14-2023

Under TAMAKO GAY Nurse Practiner
1514 Doctors DR Bossier City 7111
medication olanzpine 20 mg
austedu 12 mg ~~Farsho Dischaicet~~
they Did not Give me that
they Gave me HAI-dul Injection
5 mg In the Morning RN. I partner
Decons mental Heath Aides
LA. Behavior Heath Corner Caddo
Parish Administrative Came To
Hospital. And Talk To me Told
the Staff that I been In the
Hospital For 3-Day After 3-28-2023
Discharge me 4-3-2023 medical
Doctor Footet pystric Did not
until 4-4-2023 one Day over
that Kindnapping LA. Behavior
Heath Could not Treated me
For SehFruntic under medicade
Through the State Louisiana
Heath Care Connections
I Have Heathy Louisiana medicade
Louisiana Dpt of Heath Issued
20200729 CCN 7770001766064103
BIN 610551 RxBIN ~~6106~~ 610514
PxPCN LouiPRod C. Williams
2831 Kelsey St S-port LA 71107
Cooper Rd

I.D. Number 009164584
Class I Exp 9-28-2025
3-28-2023 Ocher main
Hospital Williams Charesetta
HAR 98200019349 MRN 11444374
DOB 12-14-63 59 yrs Female
CSN 339792494 AC 339792494
Kindnapping In A medical
Facilty I Dont Have the
Iatinal Filing Fee I Will
Like To proceed In Forma pauscia
plantiff Chief Judge Terry
A. Douchty Mag. Judge
Kayla D. Mclusky STE
1167 Mark. L. Hornsby